UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS B. PILVALIS, <br><br>  Plaintiff, <br><br> v. <br><br> LOCKHEED MARTIN, <br><br>  Defendant. | Civil No. 12-1354 (NLH/JS) <br><br> **ORDER** |

**HILLMAN, District Judge**

**AND NOW**, on this 20th day of March, 2013, upon consideration of Plaintiff Francis B. Pilvalis's Amended Complaint [Doc. No. 6]; Defendant Lockheed Martin's Motion to Dismiss [Doc. No. 3]; Plaintiff's Response in Opposition [Doc. No. 11]; and Defendant's Reply [Doc. No. 13], it is hereby **ORDERED** that:

  (1) Defendant Lockheed Martin's Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 3] is **GRANTED;** and

  (2) Plaintiff's Amended Complaint [Doc. No. 6] shall be, and hereby is, **DISMISSED WITHOUT PREJUDICE.**

  It is **SO ORDERED.**

At Camden, New Jersey

*/s/ Noel L. Hillman*
NOEL L. HILLMAN, U.S.D.J.