UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS B. PILVALIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOCKHEED MARTIN,<br><br>　　　　　Defendant. | Civil No. 12-1354 (NLH/JS)<br><br>**ORDER** |

**HILLMAN, District Judge**

**AND NOW**, on this <u>20th</u> day of <u>　　March　　</u>, 2013, upon consideration of Plaintiff Francis B. Pilvalis's Amended Complaint [Doc. No. 6]; Defendant Lockheed Martin's Motion to Dismiss [Doc. No. 3]; Plaintiff's Response in Opposition [Doc. No. 11]; and Defendant's Reply [Doc. No. 13], it is hereby **ORDERED** that:

　　(1) Defendant Lockheed Martin's Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 3] is **GRANTED;** and

　　(2) Plaintiff's Amended Complaint [Doc. No. 6] shall be, and hereby is, **DISMISSED WITHOUT PREJUDICE.**

　　It is **SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　*/s/ Noel L. Hillman*
At Camden, New Jersey　　　　　　NOEL L. HILLMAN, U.S.D.J.